

08-CV-05532-PRO

Honorable Ronald B. Leighton

FILED_____ _____LODGED
_____ RECEIVED

MAR 2 5 2009

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,
*ex rel.* RUTH L. RUCKMAN,

                Plaintiff,

       v.

ALFRED H. CHAN, M.D., P.C.; ALFRED
H. CHAN, M.D.; JUDY H. CHAN; and
DOES 1 through 50,

               Defendants.

No. C08-5532-RBL

**FILED UNDER SEAL**

### ORDER

    The United States has filed an *Ex Parte* Application for an Order Partially Lifting the Seal

in this case so that the United States may, at its discretion, disclose the existence of this *qui tam*

action to any one or more of the defendants and provide defendants a copy of the complaint.

The Court is satisfied that a partial lifting of the seal is not inconsistent with the seal provisions

of the False Claims Act and may expedite the governments's investigation and resolution of this

matter.

    THEREFORE, IT IS HEREBY ORDERED that the United States' Application for an

Order Partially Lifting the Seal shall be granted in order that the government, in its discretion,

may disclose the existence of this *qui tam* action and provide a copy of the Complaint to any

ORDER – 1
(C08-5532-RBL)

one or more of the defendants. The Clerk shall otherwise maintain the Complaint and other filings under seal for the duration of the government's investigation or until otherwise ordered for the Court.

DATED this ___25th___ day of ___March___, ~~2008.~~ 2009.

_____
RONALD B. LEIGHTON
United States District Judge

Presented by:

_____
HAROLD MALKIN, WSBA #30986
Assistant United States Attorney

ORDER – 2
(C08-5532-RBL)