1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,
*ex rel.* RUTH L. RUCKMAN,

                    Plaintiff,

             v.

ALFRED H. CHAN, M.D., P.C.; ALFRED
H. CHAN, M.D.; JUDY H. CHAN; and
DOES 1 through 50,

                    Defendants.

No. C08-5532-RBL

**<u>FILED UNDER SEAL</u>**

**ORDER**

    The United States has filed an *Ex Parte* Application for an Extension of time to Consider

Election to Intervene, in which the government seeks a four (4) month extension of time, from

November 4, 2009, to March 4, 2010, in which to notify the Court whether it intends to

intervene in this *qui tam* lawsuit.  Such an extension of time is expressly contemplated by the

False Claims Act, which provides that the United States "may, for good cause shown move the

Court for extensions of time...." 31 U.S.C. § 3730(b)(3).  The Court finds that such good cause

exists here.

    Accordingly, it is hereby ORDERED that the United States shall have until March 4,

2010, to notify the Court of its decision whether or not to intervene in this *qui tam* action.  The

Clerk

ORDER – 1
(C08-5532-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  shall maintain the Complaint and other filings under seal for the duration of the government's

2  investigation.

3

4      DATED this 2nd day of November, 2009.

5

6

7      _____
        RONALD B. LEIGHTON

8      UNITED STATES DISTRICT JUDGE

9

10  Presented by:

11

    /s/
12  HAROLD MALKIN, WSBA #30986
    Assistant United States Attorney

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER – 2
(C08-5532-RBL)