Honorable Ronald B. Leighton

**08-CV-05532-ORD**

FILED ____ ENTERED
LODGED ____ RECEIVED

MAR 1 2010  DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
                              DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNDER SEAL,<br><br>            Plaintiff,<br>  v.<br>UNDER SEAL,<br><br>            Defendant. | No. C08-5532-RBL<br><br>**FILED UNDER SEAL** |

[Proposed] Order – 1
(C08-5532-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

Honorable Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,
*ex rel.* RUTH L. RUCKMAN,

        Plaintiff,

v.

ALFRED H. CHAN, M.D., P.C.; ALFRED
H. CHAN, M.D.; JUDY H. CHAN; and
DOES 1 through 50,

        Defendants.

No. C08-5532-RBL

**FILED UNDER SEAL**

**ORDER**

The United States has filed an *Ex Parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a four (4) month extension of time, from March 4, 2010, to July 4, 2010, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown move the Court for extensions of time...." 31 U.S.C. § 3730(b)(3). The Court finds that such good cause exists here.

Accordingly, it is hereby ORDERED that the United States shall have until July 4, 2010, to notify the Court of its decision whether or not to intervene in this *qui tam* action. The Clerk

ORDER – 1
(C08-5532-RBL)

shall maintain the Complaint and other filings under seal for the duration of the government's investigation.

DATED this 2d day of March, 2010.

*RONALD B. LEIGHTON*
United States District Judge

Presented by:

HAROLD MALKIN, WSBA #30986
Assistant United States Attorney

ORDER – 2
(C08-5532-RBL)