Michael A. Hirst, Esq. CA Bar 131034
Leslie S. Guillon, Esq. CA Bar 222400
HIRST LAW GROUP
455 Capitol Mall, Suite 605
Sacramento, CA 95814
Tel: (916) 443-6100
Fax: (916) 443-6700
michael.hirst@hirstlawgroup.com
leslie.guillon@hirstlawgroup.com

Attorneys for Qui Tam Plaintiff [under seal]

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA [UNDER SEAL], | ) C08-5532-RBL ) |
| Plaintiffs, | ) **NOTICE OF SUBSTITUTION** ) **OF COUNSEL AND (PROPOSED)** ) **ORDER** |
| v. | ) ) **FILED UNDER SEAL** |
| [UNDER SEAL], | ) ) |
| Defendants. | ) ) |



**08-CV-05532-ORD**

Michael A. Hirst, Esq. CA Bar 131034
Leslie S. Guillon, Esq. CA Bar 222400
HIRST LAW GROUP
455 Capitol Mall, Suite 605
Sacramento, CA 95814
Tel: (916) 443-6100
Fax: (916) 443-6700
michael.hirst@hirstlawgroup.com
leslie.guillon@hirstlawgroup.com

Attorneys for Qui Tam Plaintiff [under seal]

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. RUTH RUCKMAN,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>ALFRED H. CHAN, M.D., P.C.; ALFRED H. CHAN, M.D.,; JUDY H. CHAN; and DOES 1 through 50,<br><br>　　　　　　Defendants. | C08-5532-RBL<br><br>**NOTICE OF SUBSTITUTION OF COUNSEL AND (PROPOSED) ORDER**<br><br>**FILED UNDER SEAL** |

　　Please take notice of the following change regarding counsel for plaintiff in this action:

　　Old firm:　　Hirst & Chanler LLP

　　New firm:　　Hirst Law Group

　　New email address:　michael.hirst@hirstlawgroup.com
　　　　　　　　　　　　leslie.guillon@hirstlawgroup.com

　　The individual attorneys of record and their address and phone numbers remain the same.

　　The plaintiff concurs with this substitution of counsel.

Notice of Substitution of Counsel

```
1
2                                    _____
                                     Ruth Ruckman
3                                    Plaintiff
4
5
6   DATED:                           _____
                                     Michael A. Hirst
7                                    Hirst Law Group
                                     Counsel for Plaintiff
8
9
10  IT IS SO ORDERED.
11
    DATED: 4/14/10
12
                                     _____
13                                   HONORABLE RONALD B. LEIGHTON
                                     United States District Judge
14
```

Notice of Substitution of Counsel       2

**PROOF OF SERVICE**

I am employed in the County of Sacramento, State of California. I am a citizen of the United States, over the age of eighteen (18) years, and not a party to the within action. My business address is 455 Capitol Mall, Suite 605, Sacramento, California, 95814.

On April 6, 2010 I served the following document(s), described as:

**NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER**

Jenny A. Durkan, United States Attorney
Harold Malkin, Assistant United States Attorney
700 Stewart Street, Suite 5220
Seattle, Washington 98101


XX          (BY MAIL) I placed a true and correct copy of the foregoing document(s) in a sealed envelope addressed to each interested party as set forth above. I placed each such envelope, with postage thereon fully prepaid for collection and mailing in one of the United States Post Office Boxes located at 455 Capitol Mall, Sacramento, California, 95814.

_____
Alli Meeker

Notice of Substitution of Counsel       3