Honorable Ronald B. Leighton

**FILED** __ **LODGED**
__ **RECEIVED**

JUL 0 2 2010

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY

**ORIGINAL**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

UNITED STATES OF AMERICA,
*ex rel.* RUTH L. RUCKMAN,

            Plaintiff,

    v.

ALFRED H. CHAN, M.D., P.C.; ALFRED H. CHAN, M.D.; JUDY H. CHAN; and DOES 1 through 50,

            Defendants.

No. C08-5532-RBL

**FILED UNDER SEAL**

**ORDER**

The United States has filed an *Ex Parte* Application for an Extension of time to Consider Election to Intervene, in which the government seeks a three (3) month extension of time, from July 4, 2010, to October 4, 2010, in which to notify the Court whether it intends to intervene in this *qui tam* lawsuit. Such an extension of time is expressly contemplated by the False Claims Act, which provides that the United States "may, for good cause shown, move the Court for extensions of time...." 31 U.S.C. § 3730(b)(3). The Court finds that such good cause exists here.

Accordingly, it is hereby ORDERED that the United States shall have until October 4, 2010, to notify the Court of its decision whether or not to intervene in this *qui tam* action.



**08-CV-05532-ORD**

ORDER – 1
(C08-5532-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970

1  The Clerk shall maintain the Complaint and other filings under seal for the duration of the
2  government's investigation.
3
4  DATED this ___2nd___ day of ___July___, 2010.
5
6
7                                                    _____
                                                     RONALD B. LEIGHTON
8                                                    United States District Judge
9
10 Presented by:
11
   _____
12 HAROLD MALKIN, WSBA #30986
   Assistant United States Attorney
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ORDER – 2
(C08-5532-RBL)

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101-1271
(206) 553-7970