HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RUTH L RUCKMAN,<br><br>               Plaintiff,<br><br>   v.<br><br>ALFRED H CHAN,<br><br>               Defendant. | CASE NO. C08-5532 RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon the Government's Motion for Leave to File Supplemental Evidence in Support of the United States' Motion for Partial Default Judgment, or, in the Alternative, Partial Summary Judgment [Dkt. #177]. Having considered the entirety of the records and file herein, the Court finds and rules as follows:

The government seeks to file a supplemental declaration attaching certain evidence related to their underlying substantive motion for partial default judgment or, alternatively, partial summary judgment. The evidence was not obtained until a day after the underlying motion was filed. No defendant has filed a response to the motion to file the supplemental evidence. Pursuant to CR7(b)(2), Local Rules W.D. Wash., "[i]f a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the

ORDER - 1

1  motion has merit." A review of the motion reveals that it does have merit, and should be

2  granted. Accordingly:

3  The Government's Motion for Leave to File Supplemental Evidence [Dkt. #177] is

4  **GRANTED**. The Court will consider the evidence attached to the Supplemental Declaration of

5  Assistant United States Attorney David East [Dkt. #178] in deciding the Government's Motion

6  for Partial Default Judgment, or, in the Alternative, Partial Summary Judgment [Dkt. #172].

7  **IT IS SO ORDERED.**

8  Dated this 22nd day of November, 2011.

_____
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE